# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEONZELL BROWN** | * | **CIVIL ACTION: 2:23-cv-02603** |
| | * | |
| **VERSUS** | * | **SECTION: J(1)** |
| | * | |
| | * | **JUDGE: CARL J. BARBIER** |
| **STATE FARM FIRE AND** | * | |
| **CASUALTY COMPANY** | * | **MAGISTRATE JUDGE:** |
| | | **JANIS VAN MEERVELD** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Stipulation of Dismissal with Prejudice **(Rec. Doc. 12)**,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice, with each party to bear its own fees and costs. All other existing dates and deadlines in this matter are hereby vacated.

New Orleans, Louisiana, this 24th day of July, 2024.

_____
**JUDGE CARL J. BARBIER**